# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Yasmany Garcia-Suarez, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Tiedmann Globe Incorporated, et al.,<br><br>    Defendants. | Case No. 2:26-cv-01141-RFB-NJK<br><br>**Order**<br><br>[Docket No. 7] |

Pending before the Court is the parties' proposed joint discovery plan.  Docket No. 7.

The presumptively reasonable discovery period is 180 days from the date the first defendant answers or appears.  LR 26-1(b)(1).  Local Rule 26-1(a) provides that a plan requesting longer deadlines must include a statement of the reasons why longer or different time periods should apply to the case.

The first defendant appeared in this action on April 13, 2026.  Docket No. 1.  In the instant plan, the parties request a 308-day discovery period, measured from the date the first defendant appeared.  Docket No. 7 at 2 (requesting a discovery cutoff of February 15, 2027).  The parties fail to provide reasons why longer time periods should apply to this case; therefore, the Court will grant the parties a 180-day discovery period.

Accordingly, the Court **GRANTS in part** and **DENIES in part** the proposed plan, and sets case management deadlines as follows:

- Initial disclosures:  June 4, 2026
- Amend pleadings/ add parties:  July 14, 2026
- Initial experts:  August 13, 2026
- Rebuttal experts:  September 14, 2026
- Discovery cutoff:  October 12, 2026
- Dispositive motions:  November 11, 2026

1

- Joint proposed pretrial order:  December 11, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2