**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YASMANY GARCIA-SUAREZ; ANGELICK BETANCOURT; JUAN CISNEROS,<br><br>Plaintiffs,<br><br>vs.<br><br>TIEDEMANN GLOBE INCORPORATED; DEVIN JAMALL DAVIS; DOES I-X; and ROE BUSINESS ENTITIES XI - XX, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-01141-RFB-NJK<br><br>**ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL** |

COMES NOW, Plaintiffs, ANGELICK BETANCOURT and JUAN CISNEROS, and hereby substitute Steve Dimopoulos, Esq. and Paul A. Shpirt, Esq. of DIMOPOULOS INJURY LAW, as their counsel of record in the above-entitled matter, in place and stead of CLAGGETT & SYKES LAW FIRM.

DATED __6/30/2026__ .

*Angelick Betancourt*

_____

**ANGELICK BETANCOURT**
*Plaintiff*

*Juan Cisneros*

_____

**JUAN CISNEROS**
*Plaintiff*

Page 1

I HEREBY CONSENT to the substitution of Steve Dimopoulos, Esq. and Paul A. Shpirt, Esq. of DIMOPOULOS INJURY LAW as counsel for Plaintiffs, ANGELICK BETANCOURT and JUAN CISNEROS, in the above-entitled action, in place and stead of CLAGGETT & SYKES LAW FIRM.

DATED this 30th day of June 2026.

**CLAGGETT & SYKES LAW FIRM**

*/s/ Mia Mallette*
_____
Shannon L. Wise, Esq.
Nevada Bar No. 014509
Amelia M. Mallette, Esq.
Nevada Bar No. 015957
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

I HEREBY AGREE to substitute in place and stead of CLAGGETT & SYKES LAW FIRM in the above-entitled matter as counsel for Plaintiffs, ANGELICK BETANCOURT and JUAN CISNEROS.

DATED this 30th day of June 2026.

**DIMOPOULOS INJURY LAW**

By: _____
Steve Dimopoulos, Esq.
Nevada Bar No. 12729
Paul A. Shpirt, Esq.
Nevada Bar No. 10441
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101

**IT IS SO ORDERED**
Dated: July 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

Page 2